

M HN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 0 2 2008
SEPT 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LCN

GREGORY D. Spence

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THE City of CHiCAGO
THE CHicago Police Depart.
ILL States Attorney office

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV4976
JUDGE ANDERSEN
MAG. JUDGE SCHENKIER

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Gregory D. Spence

B. List all aliases: Gregory D. Clark

C. Prisoner identification number: 20080000463

D. Place of present confinement: Cook County Dept. Corrections

E. Address: P.O. box 089002, Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Richard M. Daley
   Title: Mayor of Chicago
   Place of Employment: City Hall

B. Defendant: Phil Cline
   Title: Superintendant
   Place of Employment: Chicago Police Department

C. Defendant: Luis A. Otero #21016
   Title: Detective - area 1
   Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

NONE

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

  A. Name of case and docket number: _____

  B. Approximate date of filing lawsuit: _____

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

  D. List all defendants: _____

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: _____

  G. Basic claim made: _____

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

  I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

D. defendant: Raymond Verta #20767

   Title: Detective - Area 1

   place of employment: Chicago Police Department

E. defendant: Jeremy Unruh

   title: assistant States attorney

   place of employment: office of the States Attorney

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Aug. 25th of being detained by glennwood police after a traffic stop the day before 2 other individuals who were in custody also were admitting to an armed Robbery that took place in chicago on the morning of Aug. 24th sometime. I was implicated in that matter, I was escorted from my cell by glennwood officers Willett and Bennett to a small room where I was greeted by 3 other officers from the chicago police Department who I came to acknowledge only 2 of them were detectives, the 3rd who came to be known as Jeremy Unruh told me he was there to help me to figure out what was going on at the time, I thought he was an attorney for me so I agreed to talk to him. Jeremy Unruh pulled out a little black book and begin reading me rights asking me did I understand, at that time I did not respond at all because I knew then

4

Revised 9/2007

he was not there to help me, I was told then that he was an states attorney, then detective Verta begin to talk of his details of the robbery that happened in chicago and he was using me I wanted to stop him many times, when I attempted to, I was being intimidated by glennwood officers willett and Bennett, I was in a small room with my back against the wall, surrounded by all these officers. so I was greatly afraid if I said something I would be beaten badly. I was not in control. I wanted to get it over with so I agreed to the allegations. detective otero put a photo of the gun that was found in my co-arrestee's car and told me to sign it and Jeremy unruh asked me to sign a few other pieces of paper as much as I didn't want to sign it. I knew if I didn't officers willett and Bennett of the Glennwood police department were gonna make good on their promise to put their foot up my ass the day before. Statements signed were indirect results of physical and mental coercion and inducments and were involuntarily, nothing of free will existed. my 4th, 5th, 6th, amendments were violated.

5

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I was forced to sign confessions to a crime I did not commit. I have lost my family my job, my reputation, my children, the Chicago police has manipulated and cost me everything in my life.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23rd day of AuG, 20 08

_Gregory Spence_
(Signature of plaintiff or plaintiffs)

Gregory D. Spence
(Print name)

2008 000 0463
(I.D. Number)

Cook County Dept. Corrections
P.O. box 089002.
Chicago, IL 60608
(Address)